**Ragnar E. DANNESKJOLD, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 00–7174.

United States Court of Appeals, Federal Circuit.

May 23, 2001.

ORDER

Appellant having paid the required filing fee, it is ORDERED that the order of dismissal and the mandate be, and the

same hereby are, VACATED and RE-CALLED, and the notice of appeal is RE-INSTATED.

Appellee should compute the due date for filing its brief from the date of filing of this order.